UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 13 |
| --- | --- |
| Linda A Maguire and Brian T. Maguire | CASE NO. 10-10161-FJB |

OBJECTION TO DEBTORS' CHAPTER 13 PLAN

Now Comes JPMorgan Chase Bank, N.A. and files its objection to the Debtors' Chapter 13 Plan. In support of its objection, JPMorgan Chase Bank, N.A. states as follows:

1. JPMorgan Chase Bank, N.A. is the holder of the first mortgage on the debtors' property located 22 Eastern Ave, Lynn, MA.

2. The mortgage to JPMorgan Chase Bank, N.A. is in default with a pre-petition arrearage of $56,877.88.

3. The debtors' Chapter 13 Plan does not list the pre-petition arrears to JPMorgan Chase Bank, N.A.

4. Thus, the debtors' plan fails to provide for the payment of JPMorgan Chase Bank, N.A.'s entire pre-petition arrearage.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests that the Court deny confirmation of the debtors' Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3900
mabk@harmonlaw.com

Dated: February 10, 2010

JJG//201001-0792/Maguire, Linda

201001-0792         BKR

/Objection to Plan New 2004/Maguire, Linda

In Re: Linda A Maguire and Brian T. Maguire
Case No. 10-10161-FJB
CHAPTER 13

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

IN RE:

Linda A Maguire and Brian T. Maguire

CHAPTER 13
CASE NO. 10-10161-FJB

## CERTIFICATE OF SERVICE

I, Jason J. Giguere, Esquire, state that on February 10, 2010, I electronically filed the foregoing Objection to Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Herbert Weinberg, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Linda A Maguire
22 Eastern Ave
Lynn, MA 01902

Brian T. Maguire
22 Eastern Ave
Lynn, MA 01902

RKK//201001-0792/Maguire, Linda

1