**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Brian T Maguire and Linda A. Maguire          **Case/AP Number** 10-10161 **-FJB**

**Chapter** 13

Doc# 13 Objection to Confirmation of Plan with certificate of service (RE: [4] Chapter 13 Plan) filed by Creditor Chase Home Finance, LLC (Giguere, Jason)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied          _____Denied without prejudice          _____Withdrawn in open court

_____Overruled          _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order          _____Released          _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

If the Debtors dispute this Objection [Doc. 13], the Debtors shall file a response to it or amended Chapter 13 plan on or before February 24, 2010. If no response or amended Chapter 13 plan is filed, the Court may sustain the Objection without a hearing.

IT IS SO ORDERED:

_____  Dated: 2/16/10
Frank J. Bailey
United States Bankruptcy Judge